
UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DIANNE B. BOYTER    Pro Se<br>DIRK E. BERGHMANS,  Pro Se<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION;<br>BANK OF AMERICA HOME LOANS<br> SERVICING, LP;<br>SUCCESSORS IN INTEREST TO<br> COUNTRYWIDE FINANCIAL<br>JOHN AND JANE DOES 1- 10,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 3:12-CV-189<br><br><br><br><br><br>VERIFIED<br>MOTION TO SHOW<br>AUTHORITY TO REPRESENT<br><br><br><br><br><br>JUDGE: ROBERT J. CONRAD, JR. |

NOW COMES THE PLAINTIFFS Dianne B. Boyter and Dirk E. Berghmans, and states as follows:

1. Plaintiffs commenced the civil action on March 26, 2012 and promptly filed a Lis Pendens with the Union County, N.C. Clerk of Court, pursuant to North Carolina General Statute § 1 – 116.

2. Plaintiffs mailed a true and accurate copy of the Notice of Lis Pendens, copy attached herewith, to Defendants (hereinafter "BOA" collectively) by USPS Certified Mail – Return Receipt Requested on March 26, 2012. BOA received and signed for the Lis Pendens on March 27, 2012.

1.

Plaintiffs did not serve BOA with the Summons and Complaint at that time.

3. Ms. Natasha M. Barone, an attorney at Hutchens, Senter, Kellam & Pettit, P.A., (hereinafter "Mrs. Barone") attempted to contact Plaintiffs via telephone and e mail during the week of April 16, 2012 in order to ascertain from Plaintiffs if the Complaint upon BOA had been served, and if so, if Plaintiffs had received the return receipt for the certified mail.

4. Mrs. Barone sent an e mail to Plaintiffs on April 19, 2012, copy attached herewith, claiming to have been retained by BOA in the action filed by Plaintiffs. Yet, Mrs. Barone sought from Plaintiffs the most basic facts relative to the civil action, information that should be readily available from BOA; specifically, if her purported clients BOA had been served and if so, had Plaintiffs received the return receipt for the certified mail.

5. Plaintiffs allege if Mrs. Barone has been retained by BOA, Mrs. Barone would have, or should have known whether or not BOA had been served, and what method used to serve.

6. Plaintiffs were informed in August, 2011 that the law firm of Blank Rome, LLP represents Defendants. Plaintiffs elected not to respond to Mrs. Barone's requests for information.

7. On April 20, 2012 Mrs. Barone and colleague J. Scott Flowers (hereinafter "Mr. Flowers") filed a Motion For Extension Of Time to Respond To Complaint on behalf of Defendants, asserting to the Court, inter alia, "Defendant BOA received the Summons and Complaint

2.

on or about March 30, 2012" and "Defendant BOA and its counsel do not have sufficient time to confer and prepare a responsive pleading within the allotted time". The Motion was so ordered by The Honorable David C. Keesler on April 23, 2012.

8. Plaintiffs filed Verified Opposition to the Motion and a Motion To Vacate the Order on May 2, 2012 asserting, inter alia, "Defendant's BOA have not been served with the Summons and Complaint, as alleged by Movant". Plaintiffs raised additional concerns "As the Summons and Complaint have not yet been served on Defendants, Plaintiffs are unsure as to the authenticity or authority of those purporting to represent Defendants in this civil matter".

9. Mrs. Barone and Mr. Flowers withdrew its Motion for Extension Extension of Time filed on May 21, 2012 in order to allow Plaintiffs to effectuate proper service upon BOA. Mrs. Barone asserts in Motion that Defendant BOA informed her that a Lis Pendans, Summons and Complaint with a blank Proof of Service was received by them on or about March 30, 2012. Plaintiffs deny having sent Summons and Complaint at that time.

10. Plaintiffs allege Mrs. Barone and Mr. Flowers, have not been sufficiently informed by BOA as to the basic information relative to the civil complaint.

11. Plaintiffs further allege Mrs. Barone and colleague Mr. Flowers are attempting to rely on information given them by Plaintiffs, rather than their purported client, BOA.

3.

## CONCLUSION

In light of Counsel's dissemination of erroneous information, and lack of knowledge of the most minor aspects of the civil matter at hand, Plaintiffs Dianne B. Boyter and Dirk E. Berghmans respectfully moves the Court to instruct Mrs. Barone and colleague Mr. Flowers to prove authority to represent Defendants pursuant to, inter alia, Federal Rules of Evidence Public Law 93-595, Rule 1 of the F. R. Civ. P. and N.C. Gen. Stat. § 84-11. Plaintiffs demand evidence he and she are duly authorized to represent the party of which he and she claim. Plaintiffs move the Court to instruct Counsel to bring forth and file in the record, certified documented proof of such authority.

Respectfully submitted this the 5th day of June, 2012.

_signature_
Dianne B. Boyter
5909 Four Wood Drive
Matthews, N.C. 28104
(704) 650-4431
pariss@carolina.rr.com

_signature_
Dirk E. Berghmans
5909 Four Wood Drive
Matthews, N.C. 28104
(704) 400-2912
dberghmans@carolina.rr.com

North Carolina
Mecklenburg County

I, Tammy A Steek a Notary Public for said County and State do hereby certify that Dianne B. Boyter and Dirk E. Berghmans personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this the 5th day of June, 2012.

_signature_, Notary Public

My commission expires: MY COMMISSION EXPIRES AUGUST 24, 2012

4.

CERTIFICATE OF SERVICE

We, Dianne B. Boyter and Dirk E. Berghmans, do hereby certify that on June 5, 2012, we caused to be deposited in the USPS mail, a Verified Motion to Show Authority to Represent to Complaint 3:12-CV-189.

Office of the Clerk of Court
United States District Court
Room 210, Charles R. Jonas Building
401 W. Trade Street
Charlotte, N.C. 28202

Bank of America Corporation
100 North Tryon Street
Charlotte, N.C. 28255-0001

Bank of America Home Loans Servicing
100 North Tryon Street
Charlotte, N.C. 28255-0001

John and Jane Does 1-10
Identity and Address Unknown

J. Scott Flowers
The Law Firm of Hutchens, Senter,
 Kellam & Pettit, P.A.
4317 Ramsey Street
Fayetteville, N.C. 28311

Natasha M. Barone
The Law Firm of Hutchens, Senter,
 Kellam & Pettit, P.A.
4317 Ramsey Street
Fayetteville, N.C. 28311

_____
Dianne B. Boyter
5909 Four Wood Drive
Matthews, N.C. 28104
pariss@carolina.rr.com
(704) 650-4431

_____
Dirk E. Berghmans
5909 Four Wood Drive
Matthews, N.C. 28104
dberghmans@carolina.rr.com
(704) 400-2912

5.

## Pariss

**From:** "Natasha M. Barone" <Natasha.Barone@hsbfirm.com>
**To:** "Pariss" <Pariss@carolina.rr.com>
**Sent:** Thursday, April 19, 2012 10:54 AM
**Subject:** RE: Case No. 1040263

Ms. Boyter,

I have been retained to represent Bank of America in the action you filed in the Western District of North Carolina bearing the file number 12-cv-189. I am writing to inquire whether you have attempted service of your complaint upon Bank of America yet and if so, if you have received the return receipt for the certified mail?

Thank you for your assistance.

Natasha

Natasha M. Barone
Attorney at Law
Hutchens, Senter, Kellam & Pettit, P.A.
4317 Ramsey Street
Fayetteville, NC 28311
910.864.6888, ext. 1293
910.864.6848 fax

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BANK OF AMERICA
ATTN: BRIAN MOYNAHAN
100 N. TRYON ST.
Charlotte, N.C.
28255-0001

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): MAR 2 [2012]
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7010 3090 0001 4882 4209

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

## Receipt 2

1. Article Addressed to:

BANK OF AMERICA
HOME LOAN SERV.
100 N. TRYON ST.
CHARLOTTE, N.C.
28255-0001

A. Signature: X Luther Thom[...]  ☒ Agent  ☐ Addressee
B. Received by (Printed Name): 
C. Date of Delivery: MAR 2[...] 2012
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7010 3090 0001 4882 4216

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

## Receipt 3

1. Article Addressed to:

J. R. Rowell
Union County
Clerk of Court
400 N. Main St.
Monroe, N.C 28111

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Heather Walden
C. Date of Delivery: 3/27/12
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7010 3090 0001 4882 4193

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| YOUR NAME<br>   *DIANNE B. BOYTER*<br>   DIRK E. BERGHMANS<br>v.<br>BANK OF AMERICA CORPORATION;<br>BANK OF AMERICA HOME LOANS SERVICING, LP<br>JOHN AND JANE DOES 1-10<br><br>*Defendants.* | ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION No.:<br>3:12cv189 |

## NOTICE OF LIS PENDENS

TO:   THE ABOVE NAMED DEFENDANTS AND
       ALL OTHERS IT MAY CONCERN:

**YOU ARE NOTIFIED** of the institution of this action in the United States District Court, Western District of North Carolina, by the Plaintiff, against you, seeking the release of real property located in Matthews, Union County, North Carolina described as follows:

    5909 Four Wood Drive, Matthews, N.C. 28104

Being all of Lot 129 of Emerald Lake, Phase 2, Section 4, as same is shown on a map thereof recorded in Plat Cabinet G, at File No. 684, in the Union County Public Registry. Together with improvements located thereon; said property being located at 5909 Four Wood Drive, Matthews, North Carolina, and recorded in Book 4268, Page 742, in Union County Registry.

and for other relief.

PLEASE GOVERN YOURSELVES ACCORDINGLY.
March 26, 2012

_____ *(Seal)*
Dianne B. Boyter

- 1 -

Case 3:12-cv-00189-RJC-DCK   Document 16   Filed 06/08/12   Page 8 of 9

5909 Four Wood Drive
Matthews, N.C. 28104
Tel: 704 650-4431

PRO SE PLAINTIFF/SETTLER

# CERTIFICATE OF SERVICE

I, DIANNE BOYTER, hereby certify that on March 26, 2012, I served the foregoing with the original to the Clerk of Court and a true and correct copy to the following parties by First Class Mail:

| | |
|---|---|
| BANK OF AMERICA CORPORATION<br>ATTN: BRIAN MOYNAHAN<br>100 N. TRYON STREET<br>CHARLOTTE, N.C. 28255-0001 | BANK OF AMERICA HOME LOANS<br>SERVICING, LP.<br>100 N. TRYON STREET<br>CHARLOTTE, N.C. 28255-0001 |
| J. R. ROWELL<br>UNION COUNTY CLERK OF COURTS<br>400 NORTH MAIN STREET<br>P.O. BOX 5038<br>MONROE, N.C. 28111 - 5038 | JOHN AND JANE DOES 1 - 10<br>IDENTITY UNKNOWN AT THIS TIME |

By: DIANNE B. BOYTER  (Seal)
_____
Your name

- 2 -

Case 3:12-cv-00189-RJC-DCK   Document 16   Filed 06/08/12   Page 9 of 9