UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DIANNE B. BOYTER  Pro Se | ) | CASE NO. 3:12-CV-189 |
| DIRK E. BERGHMANS, Pro Se | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| BANK OF AMERICA CORPORATION; | ) | |
| BANK OF AMERICA HOME LOANS | ) | ORDER |
| SERVICING, LP; | ) | VERIFIED MOTION |
| SUCCESSORS IN INTEREST TO | ) | TO SHOW AUTHORITY |
| COUNTRYWIDE FINANCIAL | ) | TO REPRESENT |
| JOHN AND JANE DOES 1- 10, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' Motion to Show Authority To Represent dated June 5, 2012. This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b). Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiffs; "Verified Motion To Show Authority To Represent" **GRANTED.** Opposing counsel shall bring forth certified, documented proof of authority to represent Defendants within 30 days of this Order.

Signed:

_____