UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-189-RJC-DCK

| | | |
|---|---|---|
| DIANNE B. BOYTER and DIRK E. BERGHMANS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| BANK OF AMERICA CORPORATION, BANK OF AMERICA HOME LOANS SERVICING, LP, successors in interest to COUNTRYWIDE FINANCIAL; and JOHN and JANE DOES 1-10, | ) ) ) ) ) ) ) | |
| Defendants. | | |

**THIS MATTER** comes before the Court on Plaintiffs Dianne Boyter and Dirk Berghmans's ("Plaintiffs") Motion for Default Judgment. (Doc. No. 14).

Plaintiffs served the defendants on May 4, 2012. (Doc. No. 7). Federal Rule of Civil Procedure 12 requires defendants to file an answer or a motion under Rule 12 within 21 days of service. The defendants filed a motion under rules 12(b)(1), (4), (5), (6), and 9(b) on May 25, 2012. (Doc. No. 12). Defendants timely responded to Plaintiffs' Complaint and the defendants' answer is not yet due. FED. R. CIV. P. 12(a)(4).

**IT IS, THEREFORE, ORDERED** that Plaintiffs' Motion for Default Judgment. (Doc. No. 14), is **DENIED**.

Signed: August 21, 2012

Robert J. Conrad, Jr.
Chief United States District Judge