# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Dianne B. Boyter and Dirk E. Berghmans,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                                3:12cv189

Bank of America Corporation, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 20, 2012 Order.

                                            Signed: November 20, 2012

                                            Frank G. Johns, Clerk
                                            United States District Court